## ROMEO SIMEONE *v.* LAWRENCE BIANCHI
### (15806)

O'Connell, Schaller and Langenbach, Js.

Argued February 20—officially released March 11, 1997

Per Curiam. The judgment is affirmed.

## STATE OF CONNECTICUT *v.* MICHAEL KLINE
### (15130)

Landau, Freedman and Spallone, Js.

Argued February 21—officially released March 11, 1997

Per Curiam. The judgment is affirmed.

## STATE OF CONNECTICUT *v.* DANIEL SILVA
### (15385)

O'Connell, Lavery and Landau, Js.

Argued February 18—officially released March 11, 1997

Per Curiam. The judgment is affirmed.